UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE LENORA ANAYA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No. 2:20-cv-02548 AC<br><br><br>ORDER |

Plaintiff filed this Social Security case on December 29, 2020. ECF No. 1. December 30, 2020, plaintiff was informed that after service of the complaint, this action would be stayed pursuant to General Order Number 615, and there would be no scheduling order or deadlines in effect pending further order of the court. ECF No. 4. The order also indicated that within fourteen days, plaintiff must submit to the United States Marshal a completed summons and copies of the complaint and to file a statement with the court that said documents have been submitted to the United States Marshal. Id. Consent/Decline forms were also issued, with a due date of April 8, 2021. ECF No. 5.

The court recognizes that the issuance of the stay and the requirement of service deadlines and submitting Consent/Decline forms may appear contradictory. Nonetheless, in order to efficiently move social security cases forward as stays are lifted, these deadlines must be met.

1   Accordingly, plaintiff is ORDERED to submit a notice of service by February 3, 2021.
2 The parties must submit their Consent/Decline forms no later than April 8, 2021.  The case
3 remains otherwise stayed.
4   IT IS SO ORDERED.
5 DATED: January 20, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE